| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
December 27, 2021
Nathan Ochsner, Clerk

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-cv-03692 |
|---|---|---|---|

Electric Reliability Council of Texas, Inc. et al.,
Appellants

*versus*

Brazos Electric Power Cooperative, Inc., et al.,
Appellees

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Harker Rhodes<br>Kirkland & Ellis LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 389-5000 / harker.rhodes@kirkland.com<br>NY State Court (5265871) / DC Court of Appeals (1028487)<br>US Supreme Court (306031) |
|---|---|

| Name of party applicant seeks to appear for: | Calpine Corporation |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/27/2021 | Signed: /s/ Harker Rhodes |
|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 12/27/2021 | Clerk's signature |

### Order

This lawyer is admitted *pro hac vice*.

Dated: 12/27/2021

_____
N. Hughes
United States District Judge