| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-cv-03692 |
|---|---|---|---|

| Electric Reliability Council of Texas, Inc., et al., |
|---|
| Appellants |
| *versus* |
| Brazos Electric Power Cooperative, Inc., et al., |
| Appellees |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Amy Caton<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>(212) 715-9100<br>NY 3054434 |
|---|---|

| Name of party applicant seeks to appear for: | The Official Committee of Unsecured Creditors of Brazos Electric Power Cooperative |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __   __   No __ ✔ __<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 12/28/2021 | Signed: | /s/ Amy Caton |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:     Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____     _____
United States District Judge