United States District Court
Southern District of Texas
**ENTERED**
December 29, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Electric Reliability Council of Texas, Inc., *et al.*, | § § § § | |
| Appellants, | § § | |
| *versus* | § § | Civil Action H-21-3692 |
| Brazos Electric Power, Cooperative, Inc., *et al.*, | § § § § | |
| Appellees. | § | |

| | | |
|---|---|---|
| *In re* Brazos Electric Power, Cooperative, Inc., | § § § § | Bankruptcy 21-30725 |
| Debtor. | § § | |

## Order to File

By January 7, 2022, the parties may file supplemental briefs on the issues raised during the hearing.

Signed on December 29, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge